# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:12cv08

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) **O R D E R** |
| | ) |
| $28,182.00 IN UNITED STATES CURRENCY. | ) |

**THIS MATTER** is before the Court on the "Statement of Interest" filed by Artie Smith [Doc. 4].

A petition filed by a third party claiming interest in property which has been ordered forfeited to the United States must "be signed by the petitioner under penalty of perjury." 21 U.S.C. § 853(n)(3). "A claimant who fails to file a verified statement has no standing to contest a forfeiture." United States v. Loria, No. 3:08cr233-2, 2009 WL 3103771, at *2 (W.D.N.C. Sep. 21, 2009) (quoting United States v. $487,825,000 in U.S. Currency, 484 F.3d 662, 664-65 (3d Cir. 2007)). The petition filed in the instant case is not verified by the alleged claimant. Unless the required verification is filed within fourteen days of the entry of this Order, the claimant's petition shall be dismissed.

Accordingly, **IT IS, THEREFORE, ORDERED** that Artie Smith shall file a verification of his petition within fourteen (14) days of the entry of this Order. **The claimant is advised that failure to file the required verification will result in the dismissal of his petition.**

The Clerk of Court is directed to provides copies of this Order to counsel for the Government and the *pro se* claimant, Artie Smith.

**IT IS SO ORDERED**.

Signed: March 5, 2012

Martin Reidinger
United States District Judge