IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 cv 008

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| $28,182.00 in United States Currency, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** has come before the Court pursuant to an Order (#24) entered by the undersigned on September 13, 2012. In that Order the undersigned granted the Motion to Continue Initial Attorney's Conference (#22) and the Court further instructed that the parties conduct the initial attorney's conference within fourteen (14) days of the filing of an Amended Answer by the claimant in this case. The claimant filed an Amended Answer on September 27, 2012 which would have required that the initial attorney's conference have been conducted by October 11, 2012. The parties are now instructed to file their Certification of Initial Attorney's Conference on or before October 26, 2012.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the parties in this matter are instructed to file with the Court on or before **October 26, 2012** a Certification of Initial Attorney's Conference.

Signed: October 19, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge