IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv8

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $28,182.00 in United States Currency, ) <br> ) <br> Defendant. ) <br> _____ ) | ORDER |

Pending before the Court is the Government's Motion to Compel [# 29].

The Court **DENIES** the motion [# 29] for failing to comply with Local Rule 7.1, which requires the filing of a motion and supporting brief.

Signed: February 6, 2013

Dennis L. Howell
United States Magistrate Judge