# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12cv8

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| $28,182.00 in United States Currency, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the Government's Motion to Compel [# 29].

The Court **DENIES** the motion [# 29] for failing to comply with Local Rule 7.1, which requires the filing of a motion and supporting brief.

Signed: February 6, 2013

Dennis L. Howell
United States Magistrate Judge