IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv8

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) $28,182.00 in United States Currency, ) ) Defendant. ) _____ ) | **ORDER** |

Pending before the Court is the Government's Motion to Compel [# 31]. Previously, the Court denied the Government's Motion to Compel for failing to comply with Local Rule 7.1, which requires the filing of a motion and supporting brief. (Order, Feb. 31, 2013.) The Government then re-filed the Motion to Compel with a document purporting to be a brief. Despite the deficiencies of the Government's pleadings, the Court will consider the merits of the Government's motion in order to move this case towards final resolution. The Court **GRANTS** the motion [# 31].

**I.    Analysis**

The Government served Claimant Artie Smith with its First Interrogatories by the United States and First Request for Production by the United States in November 2013. Claimant Smith did not respond to the interrogatories or

1

document requests. After Claimant Smith did not respond to the Government's discovery requests within the time required by the Federal Rules of Civil Procedure, the Government sent Claimant Smith two letters requesting that he comply with his discovery obligations under the Federal Rules. The Government also notified Claimant Smith of its intention to move to compel the production of responsive documents and answers to interrogatories. To date, however, Claimant Smith has still not responded to the Government's discovery requests.

Where a party fails to answer an interrogatory or respond to a request for production of documents, the party seeking discovery may move for an order compelling an answer and production. Fed. R. Civ. P. 37(a)(3)(B). Claimant Smith failed to respond to the Government's discovery requests and has not responded to the Motion to Compel. Prior to filing the Motion to Compel, the Government also attempted in good faith to obtain the relevant discovery from Claimant Smith. Accordingly, the Court **GRANTS** the Motion to Compel [# 31]. Claimant Smith shall respond to the Government's discovery requests by April 1, 2013.

## II. Conclusion

The Court **GRANTS** the Motion to Compel [# 31]. Claimant Smith shall respond to the Government's discovery requests by April 1, 2013. The Court **INTRUCTS** Claimant Smith that the failure to comply with this Order may result

in the imposition of sanctions.

Signed: March 13, 2013

Dennis L. Howell
United States Magistrate Judge

3