UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:12CV8

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$28,182.00 IN UNITED STATES )<br>CURRENCY, )<br>)<br>Defendant. ) | DEFAULT JUDGMENT<br>AGAINST CLAIMANT<br>ARTIE SMITH |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDER AND ADJUDGED that Default Judgment is hereby entered against Claimant Artie Smith in accordance with the Court's July 8, 2013 Order.

Signed: July 10, 2013

Frank G. Johns, Clerk
United States District Court

1